Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (310) 473-2300
Fax: (310) 473-2941

*Attorneys for Plaintiff DMF, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>V2 Lighting International, Inc., a California corporation, and<br><br>Veneto Luce, Inc., a California corporation,<br><br>Defendants. | Civil Action No.<br><br>**COMPLAINT FOR:**<br><br>**1) False Designation of Origin 15 U.S.C. § 1125(a)(1)(A)**<br>**2) False Advertising 15 U.S.C. § 1125(a)(1)(B));**<br>**3) Trade Libel**<br>**4) Unfair Competition (Cal. Bus. & Prof. Code § 17200 et seq.);**<br>**5) Common Law Unfair Competition**<br>**6) Patent infringement (35 U.S.C. § 271)**<br><br>**JURY TRIAL DEMANDED** |

## Introduction

Defendant V2 Lighting International, Inc. built a business by taking Plaintiff DMF Inc.'s own products off the shelf and selling them back to the public as its own products.  The scheme relies on V2's false and misleading statements. First, V2 tells the market that the recessed-lighting housings sold on its Opti Lighting website are Opti Lighting's own, made by unnamed "trusted partners" to Opti Lighting's own quality standards.  They are not.  They are DMF housings, engineered and built by DMF, under the same rigorous, military-derived quality control that has made DMF's name synonymous with reliability in the lighting trade.  Second, V2 turns

Complaint                                    - 1 -

around and tells that same market that its Opti Lighting housings are not compatible with "third-party" lighting modules – a direct, knowing shot at DMF's own modules, designed to scare consumers from ever buying a genuine DMF module to go with housings that are actually designed and built by DMF.

V2 and its related company Veneto Luce, Inc. ("Veneto Luce") compound this misconduct by selling their own LED lighting modules that copy, feature for feature, the patented architecture DMF invented and protected in U.S. Patent No. 10,591,120 ("the '120 Patent" attached as **Exhibit 1**), U.S. Patent No. 11,060,705 ("the '705 Patent" attached as **Exhibit 2**) and U.S. Patent No. 11,435,064 ("the '064 Patent" attached as **Exhibit 3**). DMF gave V2 fair warning: on July 20, 2026, DMF's counsel sent V2 a detailed cease-and-desist letter (attached as **Exhibit 10**). V2's response was to keep selling.  DMF brings this action to put a stop to V2's willful infringement.

Attached to this Complaint are the following exhibits, discussed more fully herein:

**Ex. No.    Description**

1 .........U.S. Patent No. 10,591,120 ("the '120 Patent")

2 .........U.S. Patent No. 11,060,705 ("the '705 Patent")

3 .........U.S. Patent No. 11,435,064 ("the '064 Patent")

4 .........DMF H Series Specification Sheet

5 .........DMF H Series Installation Instructions New Construction with Hanger

6 .........Opti Lighting New Construction Kit Installation Guide

7 .........Opti Lighting LED Module Spec Sheet

8 .........V2 LED Module Packaging Insert

9 .........Opti Lighting Remodel Kit Installation Guide

10 .......Cease and Desist Letter of July 20, 2026

**Nature of the Action**

This is an action for false designation of origin, false advertising, trade libel, unfair competition under California and federal law, and patent infringement.  DMF, Inc. ("DMF" or "Plaintiff") alleges the following facts against Defendant V2 Lighting International Inc., including its d/b/a Opti Lighting ("V2"), and Defendant Veneto Luce, Inc. ("Veneto Luce").  Plaintiff DMF seeks remedies based on Defendant V2's and Veneto Luce's past and continuing infringement of DMF's ′120 Patent, ′705 Patent and ′064 Patent; V2 past and continuing acts of reverse passing off DMF housing products as its own products, by acts of false advertising, trade libel, and unfair competition.

**I.    Parties**

1. Plaintiff DMF, Inc. ("DMF" or "Plaintiff") is a California corporation that is headquartered and has manufacturing facilities within this District at 1118 East 223rd Street, Carson, California 90745.  DMF designs, manufactures and distributes residential and commercial downlighting that is easy to specify and intuitively simple.  An engineering driven company, DMF stands out for its forward-thinking industrial design, responsive service and deliverability of product.

2. Defendant V2 Lighting International Inc. ("V2") is a California corporation having a principal place of business located within this District at 2831 Exposition Blvd, Los Angeles, CA 90018.  V2 owns and operates a public facing website at URL https://www.v2lightingintl.com) ("the V2 website") at which V2 offers to sell and sells lighting products to the public, including customers in this District.  V2 also owns and operates a public facing website at URL https://www.optilighting.com ("the Opti Lighting website") doing business as OPTI Lighting with an address at 10922 Burbank Blvd, North Hollywood, CA 91610 at which V2 offers to sell and sells lighting products to the public, including customers in this District.  On information and belief, Defendant V2 makes, uses, offers for sale, sold, sells or imports lighting products that are the subject of this Complaint.

3. Defendant Veneto Luce, Inc. ("Veneto Luce") is a California corporation having a principal place of business located within this District at 2831 Exposition Blvd, Los Angeles, CA 90018.  Veneto Luce owns and operates a public facing website at URL https://www.veneto-luce.com/ ("the Veneto Luce website") at which Veneto Luce markets lighting products to the public, including customers in this District.

4. Mr. Eshel Avivi is identified in the California Secretary of State registry as the registered agent for both V2 and Veneto Luce.  V2 and Veneto Luce filed Statements of Information Corporation filings with the California Secretary of State indicating that Mr. Avivi is the Chief Executive Officer, Chief Financial Officer, Secretary, Director and Registered Agent for both V2 and Veneto Luce.

5. On information and belief, V2 and Veneto Luce are commonly owned and controlled.  V2 and Veneto Luce acting individually and/or in concert make, use, offer for sale, sold, sell or import the lighting products that are the subject of this Complaint.

**II.	Jurisdiction and Venue**

6. This action arises under the Lanham Act, 15 U.S.C. 1125(a), California law prohibiting trade libel, California's unfair competition law (Cal. Bus. & Prof. Code §17200 et seq., California common law of unfair competition, and the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). The Court has supplemental jurisdiction over the remaining claims under 29 U.S.C. § 1367.

7. This Court has personal jurisdiction over Defendant V2 in this action because, among other reasons, V2 has committed acts within the Central District of California giving rise to this action and has established minimum contacts with the forum state of California, including a regular and established place of business within this District.  V2 has committed and continues to commit acts of infringement in this District by, among other things, making, using, importing, offering for sale or selling

products that infringe the patent-in-suit; by targeting DMF's business, customers, and relationships by misrepresenting that DMF components that V2 sells on its website "are manufactured by trusted partners to meet our strict quality control and performance standards"; by misrepresenting that DMF housings it sells on its Opti Lighting website are not compatible with DMF lighting modules, knowing that they are designed to work with DMF lighting modules; and by directing these false and misleading statements to DMF's customers, including by buying Internet advertising words that include DMF's name. V2 purposefully availed itself of the benefits of doing business in the State of California and the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice. V2 is registered to do business in the State of California and has appointed as an agent for service of process Mr. Eshel Avivi, 2831 W. Exposition Blvd, Los Angeles, California 90018.

8. This Court has personal jurisdiction over Defendant Veneto Luce in this action because, among other reasons, Veneto Luce has committed acts within the Central District of California giving rise to this action and has established minimum contacts with the forum state of California, including a regular and established place of business within this District. Veneto Luce has committed and continues to commit acts of infringement in this District. Veneto Luce purposefully availed itself of the benefits of doing business in the State of California and the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice. Veneto Luce is registered to do business in the State of California and has appointed as an agent for service of process Mr. Eshel Avivi, 2831 W. Exposition Blvd, Los Angeles, California 90018.

9. Venue is proper in this District under at least the following venue statutes:
- 28 U.S.C. § 1391(b)(1) – Defendants V2 and Veneto Luce reside in and have a regular and established place of business in this District (2831 W. Exposition Blvd, Los Angeles, California 90018).
- 28 U.S.C. § 1391(b)(2) – A substantial part of the events or omissions giving rise to the claims occurred in this District.

- 28 U.S.C. § 1400(b) – Defendants V2 and Veneto Luce reside in and have a regular and established place of business in this District and has committed acts of patent infringement in this District.

## III.    Background

10. DMF began as a small family business founded almost forty years ago by an electrical engineer.  Since then, DMF has become a major manufacturer of recessed lighting systems that use light emitting diode ("LED") technology.

11. DMF's headquarters and manufacturing facilities in Carson, California include a state-of-the-art research and development ("R&D") laboratory where researchers with advanced doctorate engineering degrees work to improve existing products and develop new ones.  DMF continuously invests in developing innovations in the LED lighting industry and has been awarded patents on its innovations.

12. DMF developed a rigorous quality control program for its products that has earned DMF a reputation as a leading supplier of LED lighting products that can be trusted to perform as advertised.  All DMF products undergo a rigorous, multi-tiered testing process to ensure that they meet DMF's stringent performance standards. DMF employs several U.S. military veterans in its operation and performs quality-control testing procedures derived from those used by the U.S. military.  As a result, DMF's lighting fixtures have an industry leading success rate.  The goodwill embodied in DMF's products — including the consumer recognition that flows from satisfied customers learning who provides the products they own — is among DMF's most valuable assets.

### A.    DMF's Products

13. Part of DMF's success in the LED lighting industry is the uniqueness, modularity and compactness of its products and how easy they are to use.  For example, DMF's H Series downlighting provides 3″ and 4″ compact LED lighting modules that can be used with a range of trim sizes and shapes and versatile housing options.

 

14. Attached as **Exhibit 4** is a true and correct copy of the H Series specification sheet for the 3″ downlighting module, trims and housings available for download from DMF's website at https://www.dmflighting.com/product/h-series/, including at https://dmflighting.s3.us-west-1.amazonaws.com/wp-content/uploads/DMFLighting_HSeries_3in_SpecSheet.pdf.  Below are true and correct images from that specification sheet showing the light module, different-sized trims and installation options:





15. Attached as **Exhibit 5** is a true and correct copy of the H Series Installation Instructions for the H-Series New Construction with Bar Hanger available for download from DMF's website at https://www.dmflighting.com/product/h-series/, including at https://dmflighting.s3.us-west-1.amazonaws.com/wp-content/uploads/2023/02/27163545/DMFLighting_HSeriesNC_InstallationInstructions.pdf.

16. DMF provides public notice of patents that may cover these products in many ways.  DMF has a webpage "DMF Patents" at https://www.dmflighting.com/ourpatents, which identifies patents that may cover DMF products, such as in the true and correct images from that webpage in and before August 2026 listing patents that may cover its H Series and other downlight products.

17. DMF's specification sheets for the H Series and other downlight products provide instructions to see DMF's website for patent information.  DMF also marks the products with instructions to see DMF's website for patent information.

## B.     The DMF Patents-In-Suit

18. On March 17, 2020, the U.S. Patent and Trademark Office ("the Patent Office") granted and published U.S. Patent No. 10,591,120 titled "Lighting Module For Recessed Lighting Systems" ("the ′120 Patent").  A true and correct copy of the ′120 Patent is attached hereto as **Exhibit 1**.

19. The ′120 Patent issued from U.S. Patent Application No. 15/167,682, which was filed on May 27, 2016 and claims priority to U.S. Provisional Application No. 62/168,510 filed on May 29, 2015.

20. On July 13, 2021, the Patent Office granted and published U.S. Patent No. 11,060,705 titled "Compact Lighting Apparatus With AC To DC Converter And Integrated Electrical Connector" ("the ′705 Patent").  A true and correct copy of the ′705 Patent is attached hereto as **Exhibit 2**.

21. The ′705 Patent issued from U.S. Patent Application No. 16/719,361, which was filed on December 18, 2019 and claims priority to several prior patent applications, including the patent application from which the ′120 Patent issued and U.S. Provisional Application No. 61/843,278 filed on July 5, 2013.

22. On September 6, 2022, the Patent Office granted and published U.S. Patent No. 11,435,064 titled "Integrated Lighting Module" ("the ′064 Patent").  A true and correct copy of the ′064 Patent is attached hereto as **Exhibit 3**.

23. The ′064 Patent issued from U.S. Patent Application No. 17/374,674, which was filed on July 13, 2021 and claims priority to several prior patent applications, including the patent applications from which the ′120 Patent and ′705 Patents issued and U.S. Provisional Application No. 61/843,278 filed on July 5, 2013.

24. Plaintiff DMF owns all rights, title and interest in and to the ′120 Patent, the ′705 Patent, and the ′064 Patent, including all rights to sue and recover for past and future infringement.

25. The ′120 Patent, the ′705 Patent and the ′064 Patent disclose many inventive concepts and embodiments thereof.  Below is a brief discussion of some of that technology.

26. Below are true and correct images of Figures 1, 2 and 5 of the ′120 Patent with red labels and light-grey background added:





**FIG. 2**

27. The '120 Patent states that the "housing 2 may be composed of any thermally conductive material" and "is generally cylindrical with an open rear end and an open front end." The "interior cavity of the housing 2 is divided … into two chambers or portions, namely a rear or top cavity 11 that is directly above a front or bottom cavity 12, by a partition 10 that extends in a lateral direction (left/right) …"

28. The '120 Patent states that "[i]nside the top cavity 11 there is a power supply circuit board 3 …" "[T]he power supply circuit board 3 is positioned inside the top cavity 11 through the open rear end of the housing 2, the cover 8 may be placed on top of the sidewall 22, to thereby completely enclose the top cavity 11 (with the power supply circuit board 3 inside.)." The "partition 10 serves as a physical barrier between a) the power supply circuit board 3 and b) the light source 4 and the optic 6."

29. The '120 Patent states that "[t]he power supply circuit board 3 has the needed light source driver circuit components installed thereon, that are designed to ensure that the appropriate voltage and current are fed to the light source 4 to enable the emission of light by one or more light emitting elements of the light source 4." The "driver may drop the voltage of its input power to an acceptable, safe for a human touch level in its output power, for operating the light source 4 (e.g., from 120V-277Vac to 36Vdc-48Vdc)."

30. The '120 Patent states that Figure 5 has elements "similar to those in FIG. 1 and in FIG. 2, except for the addition of a cup 41." The "cup 41 can fit entirely inside the upper cavity 11 of the housing 2 (in the orientation shown)." The "inside width of the cup 41 … allow[s] the board 3 to be inserted into the cup 41 through its mouth (in the orientation shown in FIG. 5)."

31. The '120 Patent states that the light source 4 inside the bottom cavity 12 "may be 'low voltage' light emitting diode (LED) elements." "In one embodiment, light emitted by the light source 4 through the open front end of the housing, to illuminate a room, is produced only by light emitting diode (LED) elements of the light source 4 that require input power at less than 50 Volts."

32. The '120 Patent states that a "trim 35 is affixed to front end of the housing 2 of the lighting module" and the "trim 35 covers the exposed edge of the ceiling or wall 31 where an opening is formed for light to emerge from the front end of the housing 2." "[D]ifferent diameter trims may be capable of being coupled to the housing 2." "The size and design of the trims may depend on the size of the ceiling or wall hole behind which the recess lighting system is to be fitted, to conceal the exposed wall or ceiling edge that defines the hole." There may be "two or more trims of different sizes to cover ceiling or wall openings of different sizes to cover ceiling or wall openings of different sizes." "The trim may need to meet the aesthetic demands of the consumer."

33. The '120 Patent states that "[i]n one embodiment, a lens/filter 27 which may be a lens only, a filter only, or a combination of the two, is attached to the outer periphery of the reflector portion." The "lens/filter 27 may serve as a protective barrier for the light source 4 …"

34. The '705 Patent and '064 Patent disclose a lighting module inserted into a junction box with a trim, such as in the true and correct image of Figure 8 below of the '705 Patent with grey background added:



FIG. 8

35. The ′064 Patent disclosure includes light source modules such as discussed in the paragraphs above for the ′120 Patent and ′705 Patent.

**C.      V2's Lighting's Scheme To Pass Off DMF's Housings As Its Own**

36. The Opti Lighting website indicates that V2 Lighting International is doing business as OPTI Lighting, as shown in the true and correct images from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/pages/our-story:



37. V2 represents on its Opti Lighting website that its Opti Lighting "Products" include light modules, housings and trims, as shown in a true and correct excerpt of the Opti Lighting website shown below.



38. The Opti Lighting website similarly publishes an installation guide that identifies a housing as "OPTI New Construction Housing," as shown in a true and correct excerpt from the guide shown below, which was available for download in and before August 2026 at

https://www.optilighting.com/cdn/shop/files/New_Construction_Kit_Installation_Guide.pdf?v=16265102638289718701 and is attached hereto as **Exhibit 6**.

## Housing Installation

*Reminder: OPTI New Construction Housing is compatible with a ceiling thickness of 1/2" to 5/8".*

**1.** Locate and remove the AC pigtail (to be used at step ); determine the desired fixture position.

**4.** Lock the horizontal positioning by fastening both Bar Hanger screws (factory installed).





**2.** Install the Bar Hanger ends into the joists by nailing in four nails (factory installed) at the end of the Bar Hangers.

39. These statements are false: The housings sold on the Opti Lighting website are DMF housings.　Consumers are likely to be deceived and, on information and

belief, have been deceived to conclude that the housings are Opti Lighting components or components manufactured by DMF for V2 when, in truth, they are housings manufactured for DMF and sold by DMF.

40. V2 also creates confusion regarding the source of the housings by providing its "OPTI" Housing Installation guide, which mimics DMF's installation guide, a shown by comparison of the DMF's new construction housing installation guide on the left below (a true and correct copy is attached as **Exhibit 5**) with "OPTI" housing installation guide on right below (a true and correct copy is attached as **Exhibit 6**) with:



41. V2 sometimes also stripped DMF labels attached inside housings before shipping them to customers in order to conceal, even after the products have been shipped, that those housings in fact originated from and were manufactured for DMF under DMF's strict requirements and were certified by Underwriters' Laboratory ("UL") to work with DMF lighting modules.  V2's stripping of the DMF labels from DMF housings is further likely to deceive and, on information and belief, has

deceived consumers into believing that the housings are manufactured by V2 or for V2 by a manufacturing partner.

42. Even when the labels are not stripped off, a substantial segment of consumers are likely to presume based on V2's misleading marketing that they are "OPTI" products and made by DMF for Opti Lighting, *i.e.,* that there is an affiliation, license, or co-branding relationship or partnership.

43. V2 also publishes Internet advertisements representing that the recessed products sold on Opti Lighting's website are provided direct from the manufacturer. That is false.  The housings sold on the Opti Lighting website are actually DMF housings.  Below is a true and correct excerpt of a screenshot from a YouTube video sponsored advertisement by V2 representing that the products are "Direct From Manufacturer."



44. V2 also advertised in sponsored advertising that its "recessed lighting" and "conversion kits" were "Direct From Manufacturer."  This is shown, for example, in a true and correct screenshot showing results from a Google search.



45. Consumers understand "Direct From Manufacturer" to promise factory sourcing, factory accountability, and the elimination of middleman markup, none of which V2 provides as to the housings.

46. The Opti Lighting website states that the products it sells including components of its lighting products "are manufactured overseas by trusted partners to meet our strict quality control and performance standards," as shown in the true and correct image from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/pages/faq:

> **Are OPTI products made in the USA?**   —
>
> OPTI lighting products are designed in the USA at our Los Angeles headquarters. Our modules, trims, and components are manufactured overseas by trusted partners to meet our strict quality and performance standards.

47. Those statements are false. The housing components sold on the Opti Lighting website are actually DMF housings and are manufactured to DMF's strict quality control and performance standards. They are not manufactured for V2. DMF and its manufacturers are not partners with V2 or in any manufacturing or other relationship with V2 or Opti Lighting. V2 exercises no manufacturing quality control over the DMF housings.

48. The Opti Lighting website states that "OPTI components are not compatible with third-party lighting modules." This is shown in the true and correct image from Opti Lighting's website in and before August 2026 at

https://www.optilighting.com/pages/faq:

> Can I use the OPTI kit with other brands?   —
>
> No. OPTI lighting products are engineered as a complete system to deliver precise fit, performance, and a clean architectural finish. Because of this integrated design, OPTI components are not compatible with third-party lighting modules.

Those statements are false. The housing components sold on the Opti Lighting website are UL certified as compatible with DMF lighting modules.

49. Opti Lighting's website further misleadingly states, adopting the role of the source of these products, that "OPTI new construction housings with bar hangers are designed to mount securely between ceiling joists spaced 8″ to 24″ apart" and that "[t]he adjustable bar hangers allow for easy positioning and stable installation during framing." This is shown in a true and correct excerpt of the Opti Lighting website's FAQ page below.

> What is the recommended joist spacing for securing new construction housings?   -
>
> OPTI new construction housings with bar hangers are designed to mount securely between ceiling joists spaced 8" to 24" apart. The adjustable bar hangers allow for easy positioning and stable installation during framing.

50. Opti Lighting did not design, does not manufacture, and is not the source of these housings or their bar hangers; DMF is.

51. V2 uses advertising to target consumers interested in DMF products. Opti Lighting products are marketed using ad words or similar marketing so that when customers search for DMF lighting products they are presented with sponsored links to Opti Lighting.

52. V2's conduct is likely to deceive, and on information and belief has deceived, consumers as to the origin, source, sponsorship, design, certification status, and compatibility of the housings. For example, consumers satisfied with the housings credit V2 and its fictitious "strict" quality control over its overseas "trusted partners," depriving DMF of the reputational benefit and repeat business its own design and manufacturing earns.

53. V2's false statement that DMF's housings are not compatible with DMF modules diverts sales directly from DMF: consumers are misled into believing the housings advertised and sold on the Opti Lighting website are not compatible with DMF modules and therefore purchase Opti Lighting modules instead. Each such consumer represents a lost module sale to DMF. On information and belief, DMF has lost, and will continue to lose, specific sales of its LED modules to purchasers of the housings V2 sells on its Opti Lighting website. In addition, even where consumers exposed to V2's false statement about compatibility do not buy the Opti Lighting modules, a substantial segment are misled by V2's false statement into believing that DMF light modules are not compatible with the DMF housings and are therefore dissuaded from buying the DMF modules.

54. V2's removal of UL certification labels also exposes the public to safety and code-compliance risks and threatens to associate DMF's products with non-compliant installations, further damaging DMF's goodwill.

55. V2's conduct is knowing, intentional, and willful. V2 knows it did not manufacture the housings or have its "trusted partners" do so. V2's removal of the

UL certification labels — labels that identify the certified pairing with DMF's modules — demonstrates that V2 knew the truth about the goods' origin and compatibility and acted to conceal it.  And V2's purchase of DMF's name as an advertising keyword demonstrates that V2 knows precisely who DMF is and deliberately targets consumers seeking DMF goods.

### D.    The Infringing RC091 Light Modules

56.   The V2 website markets different versions of lighting emitting diode (LED) light modules, such as version of the model RC091 light source modules shown in the true and correct image of V2's website in and before August 2026 at https://www.v2lightingintl.com/collections/luminous-0-4:



| RECESS LIGHTS | RECESS LIGHTS | RECESS LIGHTS |
| RC091-A | RC091-B | RC091-C |

57. Veneto Luce also markets the RC091 series light modules as part of its recessed light offerings, as shown below in the true and correct images of the V2 catalog provided in and before August 2026 at https://fliphtml5.com/kgfxz/V2_RecessLight_2026_New-wqoQ/Recess_Lights/:



58. The V2 website explains that V2 Lighting products are available at Veneto Luce showrooms, as shown below in the true and correct images provided in and before August 2026 at https://www.v2lightingintl.com/shipping?utm_source=chatgpt.com:



## PICKING UP YOUR ORDER:

Yes. Any order can be collected from our showroom studio and, of course, at no charge. Orders consisting of non-bulky goods can be transferred to one of our showrooms for pickup, also at no charge. Please note: we do not carry stock in all of our showrooms. If you would like to pick up items from a Veneto Luce showroom, this will need to be pre-arranged so the goods can be transferred from our warehouse.

59. The V2 website explains that some shipping costs are borne by Veneto Luce, as shown below in the true and correct image provided in and before August 2026 at:



## COLLECTIVELY, FULL REFUND CONDITIONS:

If each of the full refund conditions has been met, V2 Lighting International will refund the full amount of the product price, as directed on the refund request form, less any initial postage costs for the item (where these costs were borne by Veneto Luce).

60. The RC091 light module packaging is dual-branded as V2 Lighting and Veneto Luce products, as shown in the true and correct image of the packaging label for an RC091 light module:



61. The Veneto Luce website product warranty page explains that V2 will assess why a product is faulty and V2 will provide or replace missing or damaged products, such as shown in the true and correct images below available in and before August 2026 at https://www.veneto-luce.com/product-warranty:

**PRODUCT WARRANTY**

The following sections outline the scope and duration of the Veneto Luce product warranty which accompanies each Veneto Luce product. Please note that different warranty terms apply, based on the end use of the product in question.

THE VENETO LUCE STANDARD PRODUCT WARRANTY

The Veneto Luce's standard product warranty applies to the sale of all products which are not deemed 'products for commercial use', as defined in this document and is valid for 12 months from the date of purchase.

Where a product appears to be faulty, V2 Lighting International will, as a preliminary step, assess the fault to confirm whether the fault is inherent to the product, or has been caused by mishandling or misuse.



Otherwise, if the above conditions are met, V2 Lighting International will provide or replace such products if they are missing or damaged upon arrival of your product.

62. The Opti Lighting website offers for sale the light modules, as shown in the true and correct image from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/products/light-module:



63. The Opti Lighting website "Frequently Asked Questions" for the light module product states that the light module sold alone "does not include a housing or trim, which are sold separately or bundled in our complete recessed light kits" and that the module "is compatible with all Opti housings", as shown in the true and correct images from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/products/light-module:

## Frequently Asked Questions

**What is the Light Module and what does it include?**

The Light Module is the LED engine — the actual light source — for your recessed lighting installation. It includes the module itself with a built-in CCT selector switch. It does not include a housing or trim, which are sold separately or bundled in our complete recessed light kits (Canless, Remodel Can, or New Construction).

**Is the module compatible with my existing housing?**

Yes. The module connects via IDEAL connector and is compatible with all Opti housings. It also works with most third-party housings — if your existing can has a different socket type, an inexpensive adapter is available separately.

64. The Opti Lighting website includes a "View Dimensions" for the light module with the product's dimensions as 2.65-inches in height and 2.09-inches

maximum width, as shown in the true and correct images from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/products/light-module:





65. The Opti Lighting website for the light module includes a link to a "SPEC SHEET", a true and correct copy of which is attached as **Exhibit 7** that was available for download in and before August 2026 from the Opti Lighting website at https://www.optilighting.com/cdn/shop/files/RC091_Module_Spec_Sheet.pdf?v=4498614783457966763.

66. Customers who ordered the LED light module from the Opti Lighting website were shipped a light module, such as light module model RC-091-A, as shown in the true and correct image of the label on the packaging of the LED light module:



67. Inside the packaging is a page providing information about the light module, referring to model's RC091-A, RC091-B and RC081-C, a true and correct copy of that page inside the packaging is attached as **Exhibit 8**.  The page indicates that **(i)** the RC091-A LED module has a color temperature that is selectable from one of 2700K, 3000K and 4000K and **(ii)** the RC091-B and RC091-C LED modules have a color temperature of 3000K.

68. The Opti Lighting website offers for sale a 3″ New Construction Can Recess Light that includes the light module, a trim and a housing, as shown in the true and correct images below from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/products/new-construction-kit-3?variant=48056973459670:



FLEXIBLE DESIGN OPTIONS

## Complete Kit, Customizable Finish

Each kit includes the new construction housing with adjustable hanger bars, OPTI LED module, face ring trim, TRIAC-compatible driver, and mounting hardware. Available in Round, Square, and Curved profiles with Standard, Adjustable, Trimless, and Trimless Adjustable styles in Matte White or Matte Black, the system is IC-rated, air-tight for Title 24 compliance, and designed with a swappable LED module for future service without disturbing the housing or wiring.

## Frequently Asked Questions

**What is the 3 in. New Construction Can Recessed Light and what does it include?**

The 3 in. New Construction Can Recessed Light is a complete recessed lighting kit for new builds and full housing replacements. It includes a housing, Light Module, and trim — everything in one box. Available in Standard (exposed trim), Adjustable (gimbal), Trimless (mud-in), and Trimless Adjustable styles. Round and Curved shapes are available at 3 in.

**What housing types are available?**

Both Remodel and New Construction housing options are available. Remodel housing installs into existing drywall without attic access. New Construction housing attaches to bar hangers during framing, before drywall goes up.

69. The Opti Lighting website offers for sale a 4″ New Construction Can Recess Light that includes the light module, a trim and a housing, as shown in the true and correct images below from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/products/new-construction-can-recessed-light-4:



# Made for Open Ceiling Install

A 4-inch LED recessed downlight engineered for new construction and major renovation projects. Mount the housing to ceiling joists before drywall, run your wiring, then finish the install from below once the ceiling is complete. OPTI's 4-inch new construction kit pairs a robust bar-hanger housing with a high-output LED module and designer trim – all in a single box.

FLEXIBLE DESIGN OPTIONS

# Complete Kit, Customizable Finish

Includes the new construction housing with adjustable hanger bars, OPTI LED module, face ring trim, TRIAC-compatible driver, and all mounting hardware. Available in Round, Square, and Curved profiles with Standard, Adjustable (Gimbal), Trimless, and Trimless Adjustable styles in Matte White or Matte Black.

70. The Opti Lighting website provides for download an Installation Guide for the 3″ New Construction Can Recessed Light and 4″ New Construction Can Recessed Light, a true and correct copy of which is attached as **Exhibit 6** that was available for download in and before August 2026 from the Opti Lighting website at https://www.optilighting.com/cdn/shop/files/New_Construction_Kit_Installation_Guide.pdf?v=16265102638289718701.  The Installation Guide refers to the "OPTI New Construction Housing", as shown in the true and correct image below from the Installation Guide:

## Housing Installation

*Reminder: OPTI New Construction Housing is compatible with a ceiling thickness of 1/2" to 5/8".*

**1.** Locate and remove the AC pigtail (to be used at step ); determine the desired fixture position.

**4.** Lock the horizontal positioning by fastening both Bar Hanger screws (factory installed).





**2.** Install the Bar Hanger ends into the joists by nailing in four nails (factory installed) at the end ofthe Bar Hangers.

71. The Opti Lighting website offers for sale a 3″ Remodel Can Recessed Light that includes the light module, a trim and a housing, as shown in the true and correct images below from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/products/remodel-can-recessed-light-3?pr_prod_strat=jac&pr_rec_id=53e3191c2&pr_rec_pid=9314292531414&pr_ref_pid=9314291548374&pr_seq=uniform:



72. The Opti Lighting website offers for sale a 4″ Remodel Can Recessed Light that includes the light module, a trim and a housing, as shown in the true and correct images below from Opti Lighting's website in and before August 2026 at https://www.optilighting.com/products/remodel-can-recessed-light-4:



73. The Opti Lighting website provides for download Remodel Kit Installation Guide for the 3″ Remodel Can Recessed Light and 4″ Remodel Can Recessed Light, a true and correct copy of which is attached as **Exhibit 9** that was available for download in and before August 2026 from the Opti Lighting website at https://www.optilighting.com/cdn/shop/files/Remodel_Kit_Installation_Guide_eba3 aff7-e8cd-4e56-97bb-15ed3524f078.pdf?v=1334668996113902483.  Below is a true and correct image from the Remodel Kit Installation Guide:

## Housing Installation

*Reminder: OPTI New Construction Housing is compatible with a ceiling thickness of 1/2" to 5/8".*

**1.** Mark the center point for the fixture on the drywall.

**2.** Cut the drywall opening to match the size of your downlight. A hole saw is recommended for a clean, accurate cut.

**For the 3" downlight,** cut a 3 5/8" [92mm] opening.
**For the 4" downlight,** cut a 4 1/2" [114mm] opening.

After cutting, clean the edges of the opening and remove any loose debris.



**3.** Route the electrical wires into the housing using the Romex tabs or conduit knockouts.

**4.** Insert the housing into the ceiling opening. Make sure the plastic lip sits flush with the bottom surface of the ceiling.



**5.** Push the spring clip flanges outward until the notches on the clips snap securely into the T-shaped cutouts in the housing.



**6.** Connect the included hardwire adapter to the bare wire leads inside the housing.



74. The Opti Light website offers for sale, such as in its new construction or remodel kits, different size and shape trims that are attached to the light module by twisting the trim onto the end of the light module.  When the module with a trim attached is inserted into the housing, spring clips on the side of the trim hold the module and trim within the housing.  The installation guides of **Exhibit 6** and **Exhibit 9** discuss the trim attachment and insertion into the housing, as shown in the true and correct image therefrom below:

**STEP 3. Line up your trim onto the module and twist until tighten**



**STEP 4. Ground the Module & Connect the Module Power connector**
Attach the module's green ground wire to the building's ground wire.
Ensure this connection follows all national and local electrical codes to
guarantee a safe installation.



STEP 5. Secure the Trim Into Place
Push the connected module into the housing and press the trim upward
until it meets the ceiling.
Rotate the trim up to 1/4 turn to eliminate any gaps and lock the unit
securely in place.



## IV.    Count I – False Designation of Origin —15 U.S.C. § 1125(a)(1)(A)

75. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

76. The housings that V2 sells as Opti Lighting housings are DMF housings; they originated with DMF.

77. In connection with those goods, V2 uses in commerce false designations of origin and false or misleading descriptions and representations of fact — including its paid advertisements describing the products as "Direct From Manufacturer," its statements that the housings are Opti Lighting housings and come from Opti Lighting's "trusted partners," are made to Opti Lighting's "strict quality control and performance standards," as well as its removal of DMF's UL certification labels — that misrepresent Opti Lighting (and its partners) as the manufacturer and origin of tangible goods that DMF in fact produced. Contrary to these false statements, the housings were designed by DMF and manufactured for DMF under DMF's strict quality control and performance standards. Although DMF has no connection or relationship with V2 or Opti Lighting, V2 misleads consumers into believing that DMF manufactures the housings for V2, including by passing off the products as "OPTI New Construction Housing" and by mimicking DMF's installation guide in the "OPTI New Construction Housing" installation guide.

78. V2's false designations of origin are likely to cause confusion, mistake, and deception as to the origin, sponsorship, and approval of the goods among consumers, contractors, distributors, and inspectors.

79. V2 does not resell genuine goods under DMF's true designation; it affirmatively misattributes their origin.

80. As a direct and proximate result, DMF has suffered and will continue to suffer damage to its business, goodwill, and reputation, and the loss of sales and profits, in an amount to be proven at trial, and V2 has been unjustly enriched.

81. V2's conduct is willful. DMF is entitled to V2's profits, DMF's damages and an enhancement thereof, and its attorneys' fees under 15 U.S.C. § 1117(a), and, pursuant to 15 U.S.C. § 1116(a), to preliminary and permanent injunctive relief, as to which DMF is entitled to a rebuttable presumption of irreparable harm.

82. V2's wrongful acts alleged herein have caused DMF to suffer and continue to suffer irreparable injury. DMF cannot be adequately compensated for these injuries

by damages alone, and DMF has no adequate remedy at law for V2's infringement of its rights.  DMF is entitled to injunctive relief.

## V.    Count II - False Advertising, 15 U.S.C. § 1125(a)(1)(B)

83. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

84. In commercial advertising and promotion — including paid popup advertisements online and statements on its website — Defendant V2 knowingly makes false and misleading representations of fact concerning the nature, characteristics, qualities, and origin of its goods and of DMF's goods, including: (a) that the Opti Lighting's products are "Direct From Manufacturer"; (b) that Opti Lighting components "are not compatible with third-party lighting modules"; and (c) that the housings are sourced from Opti Lighting's overseas "trusted partners" and made to its "quality control standards."

85. V2's "Direct From Manufacturer" claim is literally false as to the housings and the kits containing them: V2 did not manufacture the housings and is itself the intermediary that the claim tells consumers has been eliminated.  V2's compatibility statement is likewise literally false: the housings are compatible with DMF's modules and are UL-certified in combination with DMF's modules. The remaining statements are literally false or, at minimum, misleading and likely to deceive a substantial segment of their audience.

86. The misrepresentations are material: whether goods come directly from their manufacturer, their compatibility, source, quality control, and safety certification are characteristics that influence the purchasing decisions of consumers and the trade. Consumers understand "direct from the manufacturer" to promise factory sourcing, accountability, and pricing free of intermediary markup.

87. V2's misrepresentations are made in interstate commerce and have deceived or have the tendency to deceive their intended audience.

88. DMF's injury was proximately caused by V2's misrepresentations: V2's statements divert module sales from DMF, the actual source of the housings whose modules are certified for use with the housings, and disparage DMF's products by falsely denying their compatibility. As a direct and proximate result, DMF has suffered and will continue to suffer lost sales, lost profits, and injury to its goodwill and reputation in an amount to be proven at trial. V2's conduct is willful, entitling DMF to V2's profits, enhanced damages, and attorneys' fees under 15 U.S.C. § 1117(a), and to injunctive relief under 15 U.S.C. § 1116(a) with the statutory presumption of irreparable harm. DMF cannot be adequately compensated for these injuries by damages alone.

**VI.      Count III – Trade Libel**

89. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

90. V2 intentionally published to third parties, on its public website directed to actual and prospective customers, the false statement of fact that the Opti Lighting "components are not compatible with third-party lighting modules."

91. The statement disparages the quality, usability, and merchantability of DMF's LED lighting modules. Readers reasonably understand it to mean that third-party modules — and, by necessary implication, DMF's modules specifically — will not function in the housings Opti Lighting advertises and sells. Governing UL certifications permit those housings to operate with DMF's modules. DMF's modules are in fact "third-party lighting modules" to which the statement refers, and the statement is reasonably understood as being of and concerning DMF's products.

92. The statement is false: DMF's modules are fully compatible with the housings, which are from DMF and are UL-certified for use with DMF's modules.

93. V2 published the statement with knowledge of its falsity or with reckless disregard for its truth. V2 knows it performed no system engineering; and V2's

removal of the UL certification labels identifying the certified pairing with DMF's modules demonstrates its actual knowledge of the compatibility it publicly denied.

94. As a direct and proximate result, DMF has suffered special damages in the form of specific lost sales of its LED modules to identifiable purchasers of the housings V2 shows and sells on its website, who were dissuaded by V2's false compatibility statement from purchasing DMF's modules. DMF is informed and believes, and on that basis alleges, that it can identify specific lost transactions and customers through discovery of V2's marketing and sales records, including customers who purchased Opti Lighting housings or inquired regarding those housings from Opti Lighting and sourced lighting modules from Opti Lighting or another supplier rather than DMF, in an amount to be proven at trial.

95. V2 acted with malice, oppression, and fraud within the meaning of California Civil Code § 3294, entitling DMF to punitive and exemplary damages.

**VII.   Count IV – Unfair Competition, Cal. Bus. & Prof. Code § 17200 et seq.**

96. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

97. V2's conduct constitutes unlawful, unfair, and fraudulent business acts and practices within the meaning of Business and Professions Code § 17200. V2's conduct is unlawful because it violates the Lanham Act as alleged above, including through false designation of origin, and false advertising; it is unfair because it offends established public policy and is immoral, unethical, oppressive, and substantially injurious to DMF and to consumers; and it is fraudulent because it is knowingly carried out using false and deceptive statements that are likely to deceive members of the public as to the origin, certification, and compatibility of the goods.

98. DMF has suffered injury in fact and lost money or property as a result of V2's practices, including lost sales and diminished goodwill.

99. DMF is entitled to restitution of amounts by which V2 has been unjustly enriched and to injunctive relief prohibiting the practices alleged herein.

## VIII.   Count V – Common Law Unfair Competition

100. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

101. By passing off DMF's goods as V2's own, misappropriating the fruits of DMF's labor, skill, and years of investment, and deceiving the public as alleged above, V2 has engaged in unfair competition under the common law of California.

102. As a direct and proximate result, DMF has been damaged in an amount to be proven at trial. V2's conduct was willful, malicious, oppressive, and fraudulent, entitling DMF to punitive damages under Civil Code § 3294.

## IX.   Count VI – Infringement of the ′120 Patent

103. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

104. On information and belief, V2 and Veneto Luce individually and/or collectively make, use, offer for sale, sell and imports into the United States products that directly or indirectly infringe one or more claims of U.S. Patent No. 10,591,120 ("the ′120 Patent").

### A.   35 U.S.C. § 271(a) Direct Infringement

105. V2 and Veneto Luce individually and/or collectively have directly infringed and continue to directly infringe the ′120 Patent under 35 U.S.C. § 271(a) by making, using, offering for sale, selling or importing RC190 series light module products.

106. By making, using, offering for sale, selling or importing the infringing RC190 light modules, V2 and Veneto have injured DMF and are liable to DMF for infringing the ′120 Patent under 35 U.S.C. § 271(a) literally or under the Doctrine of Equivalents.

107. The RC190 light modules practice one or more claims of the ′120 Patent, including at least:

- Independent Claim 1 and its dependent Claims 5 and 6.
- Independent Claim 12 and its dependent Claims 13, 14 and 15.

108.  The RC190 light modules are lighting modules for a recessed lighting system.

109. The RC190 light modules meet the language of Claim 1 and Claim 12 of "A lighting module for a recessed lighting system."

110.  The RC190 light modules have a cylindrical housing with a sidewall that has an interior cavity, an opening at the rear end and an opening at the front end.



111. A partition inside the RC190 light modules housing divides the interior cavity into a top cavity that extends to the open rear end and a bottom cavity that extends to the open front end.

112. The RC190 light modules meet the language of Claim 1 and Claim 12 of "a housing having a sidewall, the sidewall surrounding an interior cavity of the housing that has an open rear end and an open front end, wherein the interior cavity is divided by a partition into a top interior cavity and a bottom interior cavity, the top interior cavity extending to the open rear end, the bottom interior cavity extending to the open front end."

113. The RC190 light modules have a circuit board contained within a cup that is inside the top cavity of the cylindrical housing.  The circuit board is designed to receive line voltage (*e.g.*, 100-132VAC) and convert that to an input required by the light source module (*e.g.*, 20-42Vdc).



114. The RC190 light modules meet the language of Claim 1 and Claim 12 of "a power supply circuit board positioned inside the top interior cavity of the housing."

115. The RC190 light modules have a chip-on-board (COB) light emitting diode (LED) light source inside the bottom cavity of the cylindrical housing. The COB has several individual LEDs that that emit light.



116. The RC190 light modules meet the Claim 1 language of "a light source positioned inside the bottom interior cavity of the housing to emit light through the open front end of the housing that illuminates a room."

117. The RC190 light modules meet the Claim 12 language of "a light source positioned inside the bottom interior cavity of the housing, wherein the light emitted by the light source through the open front end of the housing, to illuminate a room, is produced only by a plurality of light emitting diode (LED) elements of the light source that require input power at less than 50 Volts."

118. The RC190 light modules have wires that pass through holes in the partition. The wires are coupled to the power circuit board at one end and are coupled to the COB LED light source on the other end to deliver power to the LED COB light source.

119. The RC190 light modules meet the language of Claim 1 of "a first plurality of wires that passes through an opening in the partition, wherein the first plurality of wires is coupled to the power supply circuit board at one end and to the light source at another end, to deliver power to the light source."

120. The RC190 light modules meet the language of Claim 12 of "a first plurality of wires that passes through an opening in the partition, wherein the first plurality of wires is coupled to the power supply circuit board at one end and to the light source at another end, to deliver the input power at less than 50 Volts to the light source."

121. The RC190 light modules have a cover on the rear end that can be attached or removed from the cylindrical housing using screws.

 

122. The RC190 light modules meet the language of Claim 1 of "a cover that covers the open rear end enclosing the top interior cavity, and is secured to the housing."

123. The RC190 light modules have a reflector inside the bottom cavity of the cylindrical housing.

 

124. The RC190 light modules meet the language of Claim 1 of "an optic position inside of the bottom cavity of the housing, the optic having a reflector potion."

125. The open rear end of the cylindrical housing of the RC190 light modules is large enough to allow placing the power circuit board into the top interior cavity or removing the power circuit board from the top interior cavity.

126. The RC190 light modules meet the language of Claim 1 and Claim 12 of "wherein the open rear end is sufficiently large so as to allow the power supply circuit board to be placed into and/or removed from the top interior cavity through the open rear end."

127. The RC190 light modules have wires that are connected to the power circuit board on one end and deliver main electrical power to the power circuit board. These wires pass through an opening in the cover at the rear end.

128. The RC190 light modules meet the Claim 14 language of "a second plurality of wires that at one end is connected to an input of the power supply circuit board inside the housing, wherein the second plurality of wires delivers main electricity power to the input of the power supply circuit board."

129. The RC190 light modules mee the Claim 15 language of "a cover that covers the open rear end and encloses the top interior cavity, and is secured to the housing by a fastener, wherein the cover has an opening formed therein through which the second plurality of wires emerges from the housing."

130. The RC190 light modules meet the literal language of Claims 1, 12, 14 and 15 or their differences from the patent claims are insubstantial and infringe under the Doctrine of Equivalents.

**B.     35 U.S.C. § 284 Damages**

131. V2's and Veneto Luce's infringement of the ′120 Patent has harmed DMF. DMF is entitled to an award of damages under 35 U.S.C. § 284 adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of DMF's patented technology, together with interest and costs.  Such damages may include, at least in part, an award to DMF of its lost profits arising from V2 and Veneto Luce's infringement.

132. V2 and Veneto Luce have had actual notice of the ′120 Patent and its infringement thereof by at least the date of the Cease and Desist Letter of July 20, 2026 addressed to Mr. Eshel Avivi who on information and belief owns, controls and is an officer of both V2 and Veneto Luce (a true and correct copy of which is attached hereto as **Exhibit 10**).

133. V2 and Veneto Luce also had constructive notice of DMF's ′120 Patent based on DMF's product marking.

**C.     35 U.S.C. § 284 Willful Infringement**

134. V2 and Veneto Luce have been aware of the ′120 Patent and its infringement thereof by at least the date of the Cease and Desist Letter of July 20, 2026 addressed to Mr. Eshel Avivi who on information and belief owns, controls and is an officer of both V2 and Veneto Luce (a true and correct copy of which is attached hereto as **Exhibit 10**).

135. V2 and Veneto Luce also had constructive notice of DMF's ′120 Patent based on DMF's product marking.

136. V2 and Veneto Luce's infringement of the ′120 Patent has been willful at least after receiving the Cease and Desist Letter and failed to take remedial action.

V2 and Veneto Luce, with knowledge of the patent and its infringement, not only failed to take remedial action but continued to offer the product to customers.

137. Upon a finding that V2 and/or Veneto Luce willfully infringed the '120 Patent, DMF is entitled under 35 U.S.C. § 284 to an increase of damages up to three times the amount found or assessed for the infringement.

**D. Injunctive Relief**

138. V2 and Veneto Luce's infringement will continue unless and until enjoined from further infringement by an order of the Court.

139. DMF has suffered and will continue to suffer irreparable harm by V2 and Veneto Luce's continued infringement of the '120 Patent, which favors entry of injunctive relief.

140. The harm to DMF by V2 and Veneto Luce's continued infringement cannot adequately be compensated by monetary damages alone, which favors entry of injunctive relief.

141. The harm to V2 and Veneto Luce if enjoined from continued infringement does not outweigh the harm to DMF if V2 continues the infringement, which favors entry of injunctive relief.

142. The public interest favors entry of injunctive relief that precludes V2 and Veneto Luce's continued infringement of the '120 Patent.

**X. Count VII – Infringement of the '705 Patent**

143. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

144. On information and belief, V2 and Veneto Luce individually and/or collectively make, use, offer for sale, sell and import into the United States products that directly or indirectly infringe one or more claims of U.S. Patent No. 11,060,705 ("the '705 Patent").

### A.    35 U.S.C. § 271(a) Direct Infringement

145. V2 and Veneto Luce individually and/or collectively have directly infringed and continue to directly infringe the ′705 Patent under 35 U.S.C. § 271(a) by making, using, offering for sale, selling or importing RC190 light module products.

146. By making, using, offering for sale, selling or importing the infringing RC190 light module products, V2 and Veneto have injured DMF and are liable to DMF for infringing the ′705 Patent under 35 U.S.C. § 271(a) literally or under the Doctrine of Equivalents.

147. The RC190 light module products practice one or more claims of the ′705 Patent, including at least:

- Independent Claim 1 and its dependent Claim 3.
- Independent Claim 17 and its dependent Claims 18 and 19.

### 1.    ′705 Patent: Claim 1 and its Dependent Claim 3

148. The RC190 light modules meet the language of Claim 1 of "A lighting apparatus."

149. The RC190 light modules have a cylindrical housing less than 3.5-inches wide with an interior cavity and a rear end attached by screws in the cylindrical housing's sidewall.

  

150. The RC190 light modules meet the language of Claim 1 of "a housing structure comprising: a rear face."

151. The RC190 light modules meet the language of Claim 1 of "a housing structure comprising: … a sidewall coupled to the rear face and defining an interior cavity, the sidewall having at least one exterior width dimension such that at least a portion of the sidewall proximate to the rear face fits into a space having a width of less than 3.5 inches."

152. The RC190 light module cylindrical housing has a front end with an aperture from which light from the LED light source emits out and into the room in which the light module is installed.

 

153. The RC190 light modules meet the language of Claim 1 "a housing structure comprising: … a front end face that surrounds an aperture of the interior cavity."

154. The RC190 cylindrical housing has threading on the open front end to which a trim may be twisted on without requiring tools.

**STEP 3. Line up your trim onto the module and twist until tighten**



155. The RC190 light modules meet the language of Claim 1 of "a housing structure comprising: … at least once connecting mechanism to couple a trim to the front end face of the housing structure without the use of separate tools or other devices."

156. The RC190 light modules have a COB LED light source inside the cylindrical housing.



157. The RC190 light modules meet the language of Claim 1 of "a light source module positioned inside the interior cavity of the housing structure and including at least one LED."

158. The RC190 light modules have a power circuit board contained within a cup that is coupled to the rear cap by screws and is inside the cylindrical housing that is designed to receive line voltage (e.g., 100-132VAC) and convert that to an input required by the light source module (e.g., 20-42Vdc).



159. The RC190 light modules meet the language of Claim 1 of "an AC to DC converter, positioned inside the interior cavity of the housing structure, to receive

electrical energy and supply regulated electrical energy to power the light source module."

160. The RC190 light modules have a partition that divides the interior cavity into a top portion that has the power circuit board contained in the cup and a bottom portion that has the COB LED light module that in operation emits light out of the aperture of the cylindrical housing.



161. The RC190 light modules meet the language of Claim 3 of "the housing structure comprises a partition to divide the interior cavity into two portions including a top portion and a bottom portion, wherein the bottom portion of the interior cavity includes the aperture of the interior cavity."

162. The COB LED light source is inside and at the bottom part of the cylindrical housing.



163. The RC190 light modules meet the language of Claim 3 of "the light source module is positioned inside the interior cavity of the housing structure and disposed in the bottom portion of the interior cavity."

164. The cup holding the power circuit board is inside the top of the cylindrical housing.



165. The RC190 light modules meet the language of Claim 3 of "the AC to DC converter is positioned inside the interior cavity of the housing structure and disposed in the top portion of the interior cavity."

166. The RC190 light modules meet the literal language of the claims or their differences from the patent claims are insubstantial and infringe under the Doctrine of Equivalents.

### 2.    ′705 Patent: Claim 17 and its Dependent Claims 18-19

167. The RC190 lighting modules meet the language of Claim 17 of "a lighting system."

168. The RC190 lighting modules have a cylindrical housing less than 3.5-inches wide with a rear end attached by screws in the cylindrical housing's sidewall and an aperture on the front end from which light is emitted.



169. The RC190 lighting modules meet the language of Claim 17 of "a housing structure having a rear face, a sidewall, and a front end face, the sidewall having at least one exterior width dimension such that at least a portion of the sidewall fits into a spacing having a width of less than 3.5 inches."

170. The RC190 light modules have a COB LED light source inside the cylindrical housing.



171. The RC190 lighting modules meet the language of Claim 17 of "a light source module inside the housing structure."

172. The RC190 light modules have a power circuit board contained within a cup that is coupled to the rear cap by screws and is inside the cylindrical housing that is

designed to receive line voltage (e.g., 100-132VAC) and convert that to an input required by the light source module (e.g., 20-42Vdc).



173. The RC190 lighting modules meet the language of Claim 17 of "an AC to DC converter, positioned proximate to the rear face of the housing structure, to power the light source module, the AC to DC converter being insulated from the housing structure and coupled to the housing structure using a connecting mechanism."

174. The RC190 light modules have a reflector inside the bottom cavity of the cylindrical housing that directs light from the COB LED light source out of the cylindrical housing into the room in which it is installed.



175. The RC190 lighting modules meet the language of Claim 17 of "a reflecting element inside the housing structure to direct light produced by the light source module out of the housing structure and into an area surrounding the lighting system."

176. In the RC190 lighting modules a flat lens is coupled to the reflector and substantially coplanar with the aperture of the cylindrical housing.

177. The RC190 lighting modules meet the language of Claim 17 of "a lens having a front surface, wherein at least a portion of the front surface of the lens is substantially coplanar with an exterior surface of the front end face of the housing structure."

178. The RC190 cylindrical housing has threading on the open front end that allows a trim to be twisted onto the housing without requiring tools.

**STEP 3. Line up your trim onto the module and twist until tighten**



179. The RC190 lighting modules meet the language of Claim 17 of "at least one connecting mechanism to couple a trim to the front end face of the housing structure."

180. The RC190 lighting modules with the trims twisted onto them meet the language of Claim 18 of "comprising the trim."

181. The RC190 lighting modules with trims meet the language of Claim 19 of "wherein the at least one connecting mechanism comprises at least one tool-less connecting mechanism."

182. The RC190 light modules meet the literal language of the claims or their differences from the patent claims are insubstantial and infringe under the Doctrine of Equivalents.

### B.   35 U.S.C. § 271(b) Induced Infringement

183. V2 and Veneto Luce marketing materials and installation instructions induce customers to couple trims to the RC190 light modules.  For example, the RC190 installation instructions induce customers to couple a trim to the RC190 light source module by twisting the trim onto the module:

**STEP 3. Line up your trim onto the module and twist until tighten**



184. The customers directly infringe at least Claims 18 and 19 of the '705 Patent when they couple a trim to the RC190 light source module or when they use an RC190 light source module with a trim coupled to it.

185. V2 and Veneto Luce had actual knowledge of DMF's ′705 Patent since at least the time of DMF's Cease and Desist letter of July 20, 2026, addressed to Mr. Eshel Avivi who on information and belief owns, controls and is an officer of both V2 and Veneto Luce (a true and correct copy of which is attached hereto as **Exhibit 10**).

186. V2 and Veneto Luce knowingly and actively induced customers to directly infringe the ′705 Patent with the specific intent to encourage such infringement.  V2

and Veneto Luce knew (or should have known or were willfully blind) that the induced acts constitute patent infringement.

### C.   35 U.S.C. § 284 Damages

187. V2's and Veneto Luce's infringement of the ′705 Patent has harmed DMF. DMF is entitled to an award of damages under 35 U.S.C. § 284 adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of DMF's patented technology, together with interest and costs.  Such damages may include, at least in part, an award to DMF of its lost profits arising from V2 and Veneto Luce's infringement.

188. V2 and Veneto Luce had actual notice of the ′705 Patent and its infringement thereof by at least the date of the Cease and Desist Letter of July 20, 2026 addressed to Mr. Eshel Avivi who on information and belief owns, controls and is an officer of both V2 and Veneto Luce (a true and correct copy of which is attached hereto as **Exhibit 10**).

189. V2 and Veneto Luce also had constructive notice of DMF's ′705 Patent based on DMF's product marking.

### D.   35 U.S.C. § 284 Willful Infringement

190. V2 and Veneto Luce have been aware of the ′705 Patent and its infringement thereof by at least the date of the Cease and Desist Letter of July 20, 2026 addressed to Mr. Eshel Avivi who on information and belief owns, controls and is an officer of both V2 and Veneto Luce (a true and correct copy of which is attached hereto as **Exhibit 10**).

191. V2 and Veneto Luce's infringement of the ′705 Patent has been willful at least after receiving the Cease and Desist Letter and failed to take remedial action. V2 and Veneto Luce, with knowledge of the patent and its infringement, not only failed to take remedial action but continued to offer the product to customers.

192. Upon a finding that V2 and/or Veneto Luce willfully infringed the '705 Patent, DMF is entitled under 35 U.S.C. § 284 to an increase of damages up to three times the amount found or assessed for the infringement.

### E.   Injunctive Relief

193. V2 and Veneto Luce's infringement will continue unless and until enjoined from further infringement by an order of the Court.

194. DMF has suffered and will continue to suffer irreparable harm by V2 and Veneto Luce's continued infringement of the ′705 Patent, which favors entry of injunctive relief.

195. The harm to DMF by V2 and Veneto Luce's continued infringement cannot adequately be compensated by monetary damages alone, which favors entry of injunctive relief.

196. The harm to V2 and Veneto Luce if enjoined from continued infringement does not outweigh the harm to DMF if V2 continues the infringement, which favors entry of injunctive relief.

197. The public interest favors entry of injunctive relief that precludes V2 and Veneto Luce's continued infringement of the ′705 Patent.

### XI.   Count VIII – Infringement of the ′064 Patent

198. DMF references and incorporates by reference all preceding paragraphs of this Complaint.

199. On information and belief, V2 and Veneto Luce individually and/or collectively make, use, offer for sale, sell and import into the United States products that directly or indirectly infringe one or more claims of U.S. Patent No. 11,435,064 ("the ′064 Patent").

### A.   35 U.S.C. § 271(a) Direct Infringement

200. V2 and Veneto Luce individually and/or collectively have directly infringed and continue to directly infringe the ′064 Patent under 35 U.S.C. § 271(a) by making, using, offering for sale, selling or importing RC190 light module products.

201. By making, using, offering for sale, selling or importing the infringing RC190 light module products, V2 and Veneto have injured DMF and are liable to DMF for infringing the ′064 Patent under 35 U.S.C. § 271(a) literally or under the Doctrine of Equivalents.

202. The RC190 light module products practice one or more claims of the ′064 Patent, including at least:

- Independent Claim 1.

203. The RC190 light modules meet the language of Claim 1 of "An integrated lighting module."

204. The RC190 light modules have a COB LED light source inside the cylindrical housing.



205. The RC190 light modules meet the language of Claim 1 of "a light emitting diode element to emit light."

206. The RC190 light modules have a power circuit board contained within a cup that is coupled to the rear cap by screws and is inside the cylindrical housing that is designed to receive line voltage (e.g., 100-132VAC) and convert that to an input required by the light source module (e.g., 20-42Vdc).



207. The RC190 light modules meet the language of Claim 1 of "a driver to provide electrical power to the light emitting diode element."

208. In the RC190 light modules, the cup is configured to house the power circuit board inside.



209. The RC190 light modules meet the language of Claim 1 of "a driver housing that has first side walls and a first top that caps the first side walls, wherein the first side walls and the first top substantially surround a first volume of the driver housing, wherein the first volume is configured to receive the driver."

210. The RC190 light module cylindrical housing has a partition that divides the interior into an upper portion and a lower portion.  The COB LED light source is thermally coupled to the partition so that the cylindrical housing transfers heat away from the COB LED light source in operation.



211. The RC190 light modules meet the language of Claim 1 of "a heat sink module that is configured for receiving the light emitting diode element and for transferring heat away from the light emitting diode element, wherein the heat sink module has an upper portion and a lower portion."

212. The RC190 light modules have a conically-shaped reflector inside the bottom portion of the cylindrical housing.  The COB LED light source is positioned above a hole at the top of the reflector.  The reflector directs light from the light source out of the aperture at the end of the cylindrical housing.




213. The RC190 light modules meet the language of Claim 1 of "at least one optical reflector that is substantially conical in shape configured for reflecting and directing at least some light from the light emitting diode element, wherein the light emitting diode element is disposed above a top-hole of the at least one optical reflector, wherein the top-hole is located at a top of the optical reflector."

214. The partition in the cylindrical housing of the RC190 has a holder coupled by screws to the lower part of the partition in the lower portion of the cylindrical housing.  Two projections at the top of the reflector are inserted into two corresponding holes in the holder (circled red below) to hold the reflector inside the lower portion of the cylindrical housing.



215. The RC190 light modules meet the language of Claim 1 of "a holder detachably coupled to the heat sink module to hold the at least one optical reflector."

216. The RC190 light modules meet the language of Claim 1 of "the lower portion of the heat sink module comprises a connecting mechanism for removable attachment to the holder."

217. The RC190 light modules meet the literal language of Claim 1 or their differences from the claim are insubstantial and infringe under the Doctrine of Equivalents.

**B.  35 U.S.C. § 284 Damages**

218. V2's and Veneto Luce's infringement of the '064 Patent has harmed DMF. DMF is entitled to an award of damages under 35 U.S.C. § 284 adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of DMF's patented technology, together with interest and costs.  Such damages may include, at least in part, an award to DMF of its lost profits arising from V2 and Veneto Luce's infringement.

219. V2 and Veneto Luce have had constructive notice of DMF's ′064 Patent based on DMF's product marking.

### C. Injunctive Relief

220. V2 and Veneto Luce's infringement will continue unless and until enjoined from further infringement by an order of the Court.

221. DMF has suffered and will continue to suffer irreparable harm by V2 and Veneto Luce's continued infringement of the ′064 Patent, which favors entry of injunctive relief.

222. The harm to DMF by V2 and Veneto Luce's continued infringement cannot adequately be compensated by monetary damages alone, which favors entry of injunctive relief.

223. The harm to V2 and Veneto Luce if enjoined from continued infringement does not outweigh the harm to DMF if V2 continues the infringement, which favors entry of injunctive relief.

224. The public interest favors entry of injunctive relief that precludes V2 and Veneto Luce's continued infringement of the ′064 Patent.

## XII. Prayer For Relief

Plaintiff DMF respectfully requests the following relief from the Court:

A. A judgment that V2 and Veneto Luce infringed one or more claims of the ′120 Patent, the ′705 Patent and the '064 Patent;

B. A judgment and order requiring V2 and Veneto Luce to pay DMF its damages, costs, expenses, prejudgment interest and post-judgment interest for V2's acts of infringement in accordance with 35 U.S.C. § 284;

C. A judgment and order requiring V2 and Veneto Luce to provide accountings and to pay supplemental damages to DMF, including prejudgment and post-judgment interest;

D.      A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to DMF its reasonable attorneys' fees against V2 and Veneto Luce;

E.      A judgment and order finding that V2 is liable for unfair competition, and false advertising under 15 U.S.C. § 1125(a), trade libel under California law, and has violated California Business & Professions Code §17200 and Common Law Unfair Competition;

F.      A judgment and order requiring V2 to pay DMF its damages, costs, reasonable attorneys' fees, prejudgment interest and post-judgment interest;

G.      Injunctive relief;

H.      An order requiring V2 to issue corrective advertising to counteract its false statements regarding the origin, manufacture, and compatibility of the housings sold on the Opti Lighting website;

I.      An order requiring V2 to recall and/or destroy all mislabeled and de-labeled housings and related packaging and marketing materials in its possession, custody, or control;

J.      An accounting of and disgorgement of V2's profits attributable to its acts of false designation of origin, false advertising, and unfair competition under 15 U.S.C. § 1117(a) and Cal. Bus. & Prof. Code § 17200 et seq.;

K.      Punitive and exemplary damages under California Civil Code § 3294 for V2's willful, malicious, oppressive, and fraudulent conduct; and

L.      Any and all other relief to which DMF may show itself to be entitled.

Dated: August 12, 2026          Respectfully submitted

By:                             /s/ Ben M. Davidson
                                    Ben M. Davidson (State Bar No. 181464)
                                    ben@dlgla.com
                                    DAVIDSON LAW GROUP, ALC
                                    4500 Park Granada Blvd, Suite 202
                                    Calabasas, California  91302
                                    Office: (818) 918-4622
                                    Fax: (310) 473-2941

                                    *Attorneys for Plaintiff DMF, Inc.*

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, DMF requests a trial by jury of any issues so triable by right.

Dated: August 12, 2026            By:  /s/ Ben M. Davidson
                                       Ben M. Davidson (State Bar No. 181464)
                                       ben@dlgla.com
                                       DAVIDSON LAW GROUP, ALC
                                       4500 Park Granada Blvd, Suite 202
                                       Calabasas, California  91302
                                       Office: (818) 918-4622
                                       Fax: (310) 473-2941

                                       *Attorneys for Plaintiff DMF, Inc.*